UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DARLENE COURT )<br>)<br>)<br>)<br>)<br>) | 04CR 10118 NG<br>Case No.<br><br>Violations:<br><br>21 U.S.C. § 841(a)(1) –<br>Possession of Cocaine Base<br>With Intent to Distribute |

INDICTMENT

COUNT ONE: 21 U.S.C. § 841(a)(1) - Possession of Cocaine Base With Intent to Distribute

The Grand Jury charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

DARLENE COURT,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base with an aggregate weight in excess of thirty-five grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, April 14 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk   12/10 pm

-2-