UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04** CR **1 0 1 1 8** NG |
| ) | |
| v. ) | Case No. |
| ) | |
| DARLENE COURT ) | Violations:   DOCKETED |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) – |
| ) | Possession of Cocaine Base |
| ) | With Intent to Distribute |
| ) | |

## INDICTMENT

**COUNT ONE: 21 U.S.C. § 841(a)(1) - Possession of Cocaine Base With Intent to Distribute**

The Grand Jury charges that:

On or about February 28, 2004, at Boston, in the District of Massachusetts,

### DARLENE COURT,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base

with an aggregate weight in excess of thirty-five grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

A TRUE BILL

FOREPERSON OF GRAND JURY

Seth P. Berman
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, April 14 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk    12; 10 pm

-2-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** DEA/BOSTON POLICE

**City**  Boston _____     **Related Case Information:**

**County**  Suffolk _____   Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number _____
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  DARLENE COURT _____     Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address**  648 Chestnut Street, Rear Apartment Needham, Massachusetts _____

Birth date (Year only):  1969  SSN (last 4 #):  6573  Sex  F  Race:  White  Nationality:  USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Seth P. Berman _____   **Bar Number if applicable**  629332

**Interpreter:**  ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

          ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  Ordered by _____  **on** _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   One

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  April 14, 2004        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>DARLENE COURT</u> _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 U.S.C. § 841 (a)</u> | <u>Possession of Crack Cocaine with Intent to Distr</u> | <u>One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

# MEMORANDUM

**DATE:** 4-14-04

**TO:** Courtroom Clerk for Judge _Gertner_

and Magistrate Judge _Cohen_

**FROM:** Cathy Gawlik  Customer Service Supervisor

**SUBJECT:** Assignment of New Indictment/Information  (Superseding if checked_____ )

---

Please be advised that the following indictment/information returned or filed on __4-14-04_____ has been assigned/referred to you.

Criminal No. _04-10118-NG_ U.S.A. v. _Darlene Court_

____✓____ This **INDICTMENT/INFORMATION is SEALED**. The original file and copies will be maintained under seal until requested or retrieved.

_____ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

**N.B.** 1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

**COPY FOR:**

☐  CASE OPENING CLERK

☐  DISTRICT JUDGE COURTROOM CLERK

☐  MAG. JUDGE COURTROOM CLERK

☐  ASSISTANT U.S. ATTORNEY

☐  PROMIS

☐  PRETRIAL SERVICES

☐  COUNTER/PRESS FOLDER

(Indictment Memo.wpd - 2/99)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

_U.S._

v.

_Darlene Court_

CA/CR No. _04-10118-NG_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Cohen_ for the following proceedings:

(A)     Referred for full pretrial case management, including all dispositive motions.

(B)     Referred for full pretrial case management, not including dispositive motions:

(C)     Referred for discovery purposes only.

(D)     Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (  ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)     Case referred for events only.  See Doc. No(s). _____

(F)     Case referred for settlement.

(G)     Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)     Special Instructions: _____ _Pretrial proceedings_ _____

_4-14-04_
Date

By: _Catherine M. Gaulia_
Deputy Clerk

(Order of Ref to MJ.wpd - 06/2003)

---

[1]     See reverse side of order for instructions