AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

**APPEARANCE**

Case Number: 04-10118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Darlene Court

4/15/04
Date

Signature

John Bmzulinn
Print Name

1 Exeter Plaza
Address

Boston         Mn         02116
City            State      Zip Code

617 367 2600
Phone Number