AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA v. Darline Court

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10118 NG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gertner / Cohen | Seth Berman | Brazilian |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  |  | MS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/20 |  | ✓ | Daniel Boll - DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages