AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

DARLENE COURT

## WARRANT FOR ARREST

## 04 CR 10118 NG

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DARLENE COURT _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Possession of cocaine base with intent to distribute

in violation of
Title ___21___ United States Code, Section(s) _841(a)(1)_

_Catherine M. Gawlik_____
Name of Issuing Officer

_Catherine M. Gawlik_____
Signature of Issuing Officer

_Supervisor_____
Title of Issuing Officer

_4-14-04  Boston_____
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _WARRANT EXECUTED BY DFS_ _BY ARREST/ARRAIGNMENT OF THE_ _DEFENDANT ON 4/15/04_ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.