UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10118-NG

UNITED STATES OF AMERICA

v.

DARLENE COURT

ORDER

April 22, 2004

COHEN, M.J.

After hearing, this court defers final ruling on the government's oral motion to detain the above-named defendant pending trial. The defendant shall be conditionally released for in-patient treatment at Gosnold. To that end, the defendant and her counsel shall be present before this court on Friday, April 23, 2004, at 1:45 p.m., for inquiry concerning the voluntariness of submitting to in-patient substance abuse treatment. When she successfully completes the in-patient treatment at Gosnold, she shall be returned to this court for further proceedings in connection with the government's oral motion to detain her pending trial.

_____
UNITED STATES MAGISTRATE JUDGE