UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 27 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) Case No. 04-cr-10118-NG
)
DARLENE COURT )

ASSENTED TO MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE
AND TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Initial Status Conference currently scheduled for June 1, 2004 at 11:15 a.m. until July 21, 2004 at 2:30 p.m. The parties need this additional time to negotiate a possible plea agreement.

Additionally, the United States moves, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on June 1, 2004 and ending on July 21, 2004. As grounds therefor, the United States states that the interests of justice are best served by allowing the parties additional time to negotiate a possible plea agreement.

Defendant, through her counsel John Brazilian, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by

granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

May 27, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> John Brazilian, Esq.
> Butters Brazilian, LLP
> 699 Boylston Street, 12th floor
> Boston, MA 02116

This 27th day of May 2004.

SETH P. BERMAN
ASSISTANT UNITED STATES ATTORNEY