AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.

DARLENE COURT

**WARRANT FOR ARREST**

CASE NUMBER: 04-10118-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DARLENE COURT__
                                    Name

and bring ~~him or~~ her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging ~~him or~~ her with (brief description of offense)

Violation of Conditions of Release

in violation of Title __18__ United States Code, Section(s) __3148(b)__

LAWRENCE P. COHEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U. S. MAGISTRATE JUDGE
Title of Issuing Officer

11/3/04   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

ARREST EXECUTED BY USMS McLure
ARREST/ARRAIGNMENT OF THE
11/3/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |