CLOSED

# U.S. District Court
## District of Maine (Portland)
### CRIMINAL DOCKET FOR CASE #: 2:04-mj-00091-DMC-ALL

Case title: USA v. COURT                                Date Filed: 11/04/2004

Assigned to: MAG. JUDGE DAVID M. COHEN

**Defendant**
-----------------------

**DARLENE COURT** (1)                    represented by   **RICHARD S. BERNE**
*TERMINATED: 11/04/2004*                                  BERNE & LAFOND
                                                          22 FREE STREET
                                                          PORTLAND, ME 04101
                                                          871-7770
                                                          Email: berne.lafond@verizon.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

**Pending Counts**                                        **Disposition**
-----------------------                                   ----------------

None

**Highest Offense Level (Opening)**
---------------------------------------

None

**Terminated Counts**                                     **Disposition**
-----------------------                                   ----------------

None

**Highest Offense Level (Terminated)**
-------------------------------------------

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA            represented by   **JONATHAN R. CHAPMAN**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
P.O. BOX 9718
PORTLAND, ME 04104-5018
(207) 780-3257
Email: jon.chapman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2004 | | Arrest (Rule 40) of DARLENE COURT per AUSA (slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 1 | Rule 40 Documents Received as to DARLENE COURT : D/MA Warrant for Arrest (Attachments: # 1 USPO Memo from D/MA re: violation(s) of pretrial release)(slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 2 | SYNOPSIS as to DARLENE COURT (slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 3 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Pre-Hearing Conference of Counsel held as to DARLENE COURT (Court Reporter NONE) (slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 4 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Rule 5 Hearing held: Defendant advised of rights and waived identity. Added attorney RICHARD S. BERNE for DARLENE COURT. (Court Reporter FTR) Dft committed to custody of USMS for transport to D/MA. (slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 5 | WAIVER of Rule 5 & 5.1 Hearings by DARLENE COURT (slh, ) (Entered: 11/05/2004) |
| 11/04/2004 | 6 | COMMITMENT TO ANOTHER DISTRICT as to DARLENE COURT. Defendant committed to District of MA. By Mag.Judge DAVID M. COHEN. (slh, ) (Entered: 11/05/2004) |

| 11/05/2004 | 7 | LETTER for Rule 5 TRANSFER to D/MA as to DARLENE COURT (slh, ) (Entered: 11/05/2004) |
|---|---|---|

COPY
William S. Brownell, Clerk
[signature]
Deputy Clerk

# UNITED STATES DISTRICT COURT

District of **Maine**

UNITED STATES OF AMERICA
v.
**Darlene Curt**

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 04-10118 | 04m91c | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) **USPO Memo of 11/1/04**

charging a violation of **18** U.S.C. § **3148(b)**

**DISTRICT OF OFFENSE** MA

**DESCRIPTION OF CHARGES:**

Violation of Conditions of Release

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

**DISTRICT OF** Maine

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

**11/4/04**
Date

_David M. Cohen_
United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF Maine CC and WMUSP

UNITED STATES OF AMERICA

v.

Darlene Court

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 04m91 C

CHARGING DISTRICTS
CASE NUMBER: CR 04-10118

I understand that charges are pending in the _____ District of Massachusetts alleging violation of Title 18, USC, § 3148 (b) (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) ~~a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;~~ and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Nov. 4, 2004
Date

Darlene Court
Defendant

_____
Defense Counsel


TRUE COPY
ATTEST: William S. Brownell, Clerk
by _____
Deputy Clerk

## SYNOPSIS

**Name:** Darlene Court

**Address:** 648 Chestnut Street, Needham, MA

**Year of Birth:** 1969
**Age:** 35

**Violation:**  **Current proceeding:** Violation of Bail Conditions.

**Underlying charge:** Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §841(a)(1)

**Penalty:**  **Current proceding:** Revocation of release

**Underlying charge:** Imprisonment for not less than 5 years and not more than 40 years; fine of not more than $2,000,000., 21 U.S.C. §841(b)(1)(B).

**Supervised Release:**

**Underlying charge:** Not less than 4 years and not more than life.

**Maximum Term of Imprisonment for Violation of Supervised Release:**

**Underlying charge:** 3 years

**Maximum Term of Supervised Release for Violation of Supervised Release**

**Underlying charge:** Life, less the length of any term of imprisonment imposed for violation of supervised release.

**Defendant's Attorney:** Richard Berne

**Detention Status:** Detained

**Foreign National:** No

**Felony Assessments:** $100

**AUSA:** Jonathan R. Chapman

**Guidelines:** Apply

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| DARLENE COURT | 04-10118-NG |
| | CASE NUMBER: |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DARLENE COURT___
                                            Name

and bring ~~him or~~ her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging ~~him or~~ her with (brief description of offense)

Violation of Conditions of Release

in violation of Title __18__ United States Code, Section(s) __3148(b)__

| LAWRENCE P. COHEN | U. S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 11/3/04   BOSTON, MASSACHUSETTS |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



# MEMORANDUM

**To:** Honorable Lawrence P. Cohen, U.S. Magistrate Judge
**From:** Judith Oxford, Drug/Alcohol Treatment Specialist
**Re:** COURT, Darlene
CR# 04-10118
**Date:** November 1, 2004

This memorandum is to advise the Court that Ms. Darlene Court is in violation of her release conditions. Ms. Court appeared before Your Honor on October 22, 2004 for a bail review hearing. Your Honor released her on a $50,000 unsecured bond and the following conditions:

1. Reside at the Canal View Sober House. Do not move without permission of the Court.
2. Comply with all rules of the sober house.
3. Participate in substance abuse treatment as directed.
4. Submit to random drug testing as directed.
5. Report to Pretrial Services as directed.
6. Travel restricted to MA. Travel to Maine be allowed with prior notice to Pretrial Services
7. Refrain from all illegal drugs
8. Refrain from all alcohol use.

Following court on October 22, 2004, Ms. Court requested permission to visit with her daughter on Sunday, October 31, 2004 for Halloween. As she is under orientation with the sober house, she is not allowed any overnight visits for 30 days. Ms. Court intended to spend some time with her daughter and return to the program on the same day.

On November 1, 2004, I received a telephone call from Ms. Court indicating that she had relapsed, had contacted the program, and had been discharged. She indicated that she was so upset after meeting with the District Attorney's office in Maine, last Thursday, that she relapsed this weekend. She indicated that she had notified the house because she wanted to be honest and

let them know about her relapse. I instructed her to find a safe place to stay and notify me as to where she would be staying.

I also spoke with Lynn Braconnier, house manager at the sober house. Ms. Braconnier describes the situation a little differently. Ms. Court called the house telephone (not the manager's own telephone number) at 11:40 pm (20 minutes before the mandatory 12 am curfew) on October 29, 2004. She was surprised when the house manager, Martha Parsons answered the telephone. Ms. Court indicated that she had lost track of the time playing a SEGA game and feared that she would be a little late. Ms. Parsons told her just to hurry. Ms. Court called back a few minutes later and indicated that she had not been truthful with Ms. Parsons. She indicated that she was in Boston and it would take her awhile to return home to Falmouth. Ms. Parsons asked how long it would take and the reply was before 1:45 am. Ms. Parsons instructed Ms. Court to return home. Ms. Court never returned.

On Sunday, October 31, 2004, Ms. Court contacted house manager, Ms. Braconnier and indicated that she had relapsed with alcohol. Ms. Braconnier indicated that Ms. Court had to be discharged because of her use.

This officer received a telephone call from a DEA agent in Maine indicating that the District Attorney's office in Portland, Maine intended to use Ms. Court as a testifying witness beginning November 2, 2004. He indicated that the U.S. Attorney's office would be "putting Ms. Court up in a hotel in Portland, Maine". He was aware that Ms. Court was in violation and had relapsed.

Ms. Court's actual whereabouts are unknown at this time. She has been officially terminated from the sober house. Given the above facts, this officer respectfully requests a warrant be issued.

JAO

cc:    Seth Berman, AUSA
       John Brazillian, Esq.

Reviewed by: _/s/ Vangie Cuascut_

Vangie Cuascut, Supervising
U.S. Pretrial Services Officer