UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-cr-10118-NG |
| | ) | |
| DARLENE COURT | ) | |
| | ) | |

**JOINT STATUS REPORT
CONCERNING LOCAL RULE 116.5(C)**

The parties respectfully submit this joint status report concerning the issues raised by Local Rule 116.5(C) in anticipation of the January 24, 2005 final status conference in this case:

1. There are no outstanding discovery issues other than those that need to be provided by the government 21 days or fewer before trial.

2. The parties do not anticipate any other discovery relating to the future receipt of information, documents or reports of examinations, except that the defendant anticipates providing additional information regarding the defendant's drug treatment efforts.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi from the defendant.

5. The defendant does intend to file any dispositive motions prior to trial in this matter.

6. The case will be resolved through a change of plea.

7. The parties request that the Court exclude the period from the January 24, 2005 status conference through the date next scheduled in this matter under 18 U.S.C. § 3161(h)(1)(F).

8.      Were this case to proceed to trial, the government would need three trial days to present its case in chief.

Respectfully Submitted,

| | |
|---|---|
| DARLENE COURT | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| | |
| /s/ John Brazilian, Esq. | /s/ Seth P. Berman, Esq. |
| JOHN BRAZILIAN, Esq. | SETH P. BERMAN |
| (617) 367-2600 | Assistant U.S. Attorney |
| | (617) 748-3385 |

January 14, 2005