UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10118-NG

UNITED STATES OF AMERICA

v.

DARLENE COURT

FINAL STATUS REPORT

January 25, 2005

COHEN, M.J.

A Final Status Conference was scheduled before this court on Monday, January 24, 2005, pursuant to the provisions of Local Rule 116.5(A). Due to inclement weather, counsel were excused from attendance, and that set forth herein is based on the joint memorandum filed by counsel::

1. All discovery is complete, and no motions are pending

2. There will not be a trial in this case. The defendant intends to offer a plea of guilty;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned schedule a Rule 11 hearing.

*[signature]*
_____
UNITED STATES MAGISTRATE JUDGE