```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
     v.                       )    Case No. 04-cr-10118-NG
                              )
DARLENE COURT                 )
                              )
_____)
```

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on March 1, 2005 and ending on April 28, 2005. As grounds therefor, the government states that the defendant has agreed to enter a guilty plea pursuant and has requested time for the preparation of pre-plea presentence report before that date.

Defendant, through her counsel John Brazilian, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

> Respectfully Submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
> By:
>
> /s/ Seth P. Berman
> SETH P. BERMAN
> Assistant U.S. Attorney
> (617) 748-3385

Dated:   March 4, 2005