UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>DARLENE COURT,  )<br>)<br>Defendant.  )<br>_____) | Criminal Case No. 04CR10118-NG |

### DEFENDANT DARLENE COURT'S ASSENTED-TO MOTION FOR EXPEDITED PRE-SENTENCE REPORT AND PRE-PLEA SENTENCE REPORT

Pursuant to Fed. R. Crim. P. 32 and 18 U.S.C. § 3552, Darlene Court, the defendant (the 'Defendant") in the above-captioned case, respectfully moves the Court to issue an order requesting the United States Probation Department to prepare an expedited pre-sentence report. As grounds therefor, the Defendant states that an expedited Pre-Sentence Report serves the interests of justice because she is cooperating with the United States Attorney's Office in number of cases. The dates, however, on which the Defendant's cooperation is required, are uncertain and she wishes to commence her sentence rather than remain in pre-trial detention.

Additionally, the Defendant moves respectfully for the Court to issue an order requesting United States Probation Department to prepare a Pre-Plea Sentencing report in order to expedite her plea and sentencing. Seth Berman of the United States Attorney's Office has assented to this motion.

_Seth Berman_ (CFI)
Seth Berman
United States Attorney's Office
One Courthouse Way
Boston, Massachusetts 02110
(617) 748-3385

_John Brazilian_ (CFI)
John H. Brazilian
B.B.O. #05498
Butters Brazilian, LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600

Dated: March 10, 2005

## CERTIFICATE OF SERVICE

I, Craig F. Iannini, hereby certify that I have served a true copy of the above-referenced document on Seth Berman of the United States Attorney's Office, One Courthouse Way, Boston, Massachusetts, 02110 by hand on this date.

_Craig F. Iannini_
Craig F. Iannini