UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARLENE COURT,<br><br>    Defendant. | Criminal Case No. 04CR10118-NG |

## AFFIDAVIT OF JOHN H. BRAZILIAN

I, John H. Brazilian, being duly sworn, state and depose the following.

1. I am an attorney admitted to practice law in Massachusetts. I have been retained to represent the defendant, Darlene Court in the above-captioned case.

2. I have reviewed the motion submitted in the above matter. The statements contained therein are true and accurate to the best of my knowledge.

Signed under the pains and penalties of perjury, this 10th day of March, 2005.

_____
John H. Brazilian