UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA    )
                            )
        v.                  )          Case No. 04-cr-10118-NG
                            )
DARLENE COURT               )
                            )
_____ )

## ASSENTED TO MOTION TO CONTINUE SENTENCE

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Sentencing

currently scheduled for December 19, 2005 until sometime on or after February 18, 2005.  As

grounds therefore, the Government states that information necessary to sentence the defendant is

not yet available.

Defendant, through her counsel John Brazilian, assents to this motion.

WHEREFORE, the United States respectfully request that the Court continue the

Sentencing until on or after February 18, 2005.


                        Respectfully Submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney
                        By:

                        /s/ Seth P. Berman
                        SETH P. BERMAN
                        Assistant U.S. Attorney
                        (617) 748-3385

Dated:          December 14, 2005