UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-cr-10118-NG |
| ) | |
| DARLENE COURT ) | |

ASSENTED TO MOTION TO CONTINUE SENTENCE

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Sentencing currently scheduled for February 28, 2006 until sometime on or after May 8, 2006. As grounds therefore, the Government states that information necessary to sentence the defendant is not yet available.

Defendant, through her counsel John Brazilian, assents to this motion.

WHEREFORE, the United States respectfully request that the Court continue the Sentencing until on or after May 8, 2006.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

Dated:      February 24, 2006