UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                  )
UNITED STATES OF AMERICA   )
                                  )
        v.                        )        Case No. 04-cr-10118-NG
                                  )
DARLENE COURT              )
                                  )
_____)

<u>ASSENTED TO MOTION TO CONTINUE SENTENCE</u>

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Sentencing

currently scheduled for May 8, 2006 until sometime on or after June 26, 2006.  As grounds

therefore, the Government states that information necessary to sentence the defendant is not yet

available.

Defendant, through her counsel John Brazilian, assents to this motion.

WHEREFORE, the United States respectfully request that the Court continue the

Sentencing until on or after May 26, 2006.


                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                                        By:

                                        <u>/s/ Seth P. Berman</u>
                                        SETH P. BERMAN
                                        Assistant U.S. Attorney
                                        (617) 748-3385

Dated:        May 12, 2006