UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 04-cr-10118-NG |
| DARLENE COURT | ) | |

ASSENTED TO MOTION TO CONTINUE SENTENCE

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Sentencing currently scheduled for January 3, 2007 until sometime on or after January 18, 2007.  As grounds therefore, the Government states that John Brazilian, Esq., the attorney for Ms. Court, will be undergoing medical treatment that day and is unavailable.  Additionally, the attorney for the Government will also be on leave and unavailable due to a family matter.

Darlene Court, by and through her attorney, John Brazilian, Esq., assents to this motion.

WHEREFORE, the United States respectfully request that the Court continue the Sentencing until on or after January 18, 2007.

                                                Respectfully Submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney
                                                By:

                                                /s/ Seth P. Berman
                                                SETH P. BERMAN
                                                Assistant U.S. Attorney
                                                (617) 748-3385

Dated:       December 12, 2006